

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-94,421-01

### EX PARTE WILLIAM EDWARD MUIRHEAD, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 59,229-B*1 IN THE 78TH DISTRICT COURT
### FROM WICHITA COUNTY

*Per curiam*.

## O P I N I O N

Applicant was convicted of burglary of a habitation and sentenced to forty years' imprisonment. The Second Court of Appeals affirmed his conviction. *Muirhead v. State*, No. 02-20-0089-CR (Tex. App.–Ft. Worth Sept. 30, 2021)(not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that appellate counsel failed to timely correct errors in the petition for discretionary review, and due to that failure, Applicant was denied his right for his petition for discretionary review to be considered by this Court. Based on the record, appellate counsel's performance was deficient and Applicant was denied his right to have a petition for discretionary

review considered due to counsel's deficient performance.

Relief is granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997); *Ex parte Crow*, 180 S.W.3d 135 (Tex. Crim. App. 2005). Applicant may file an out-of-time petition for discretionary review of the judgment of the Second Court of Appeals in cause number 02-20-00089-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: January 11, 2023
Do not publish